IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | CR. No. 6:25-cr-00041-DCC-1 |
| | ) | |
| v. | ) | **Verdict Form** |
| | ) | |
| Matthew Taylor Otto McCaslan | ) | |
| | ) | |

WE, THE JURY, following due deliberations in the above matter, unanimously return the following verdict:

1. As to Count 1:

    _____ **NOT GUILTY**

    \_\_✓\_\_ **GUILTY**

2. As to Count 2:

    _____ **NOT GUILTY**

    \_\_✓\_\_ **GUILTY**

I certify that this decision is the unanimous decision of the jury.

_____        10/29/25
**Foreperson**                                                    **Date**